IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 09-cr-00123-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  CIARAN PAUL REDMOND,

    Defendant.

## ORDER

**Blackburn, J.**

    The matter is before me on the defendant's **Motion for Return of Property** [#52] filed December 19, 2009. After careful consideration of the motion, the record, and the applicable law, I conclude that the motion should be denied.

    **THEREFORE, IT IS ORDERED** that the defendant's **Motion for Return of Property** [#52] filed December 19, 2009, is **DENIED.**

    Dated January 3, 2013, at Denver, Colorado.

                                          BY THE COURT:

                                          Robert E. Blackburn
                                          United States District Judge